UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LEON PRICE, | No.  2:26-cv-0840 AC P |
| Plaintiff, | |
| v. | ORDER |
| L.M. RUIZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

A district court may, on its own motion, "transfer a case sua sponte under the doctrine of *forum non conveniens*, as codified at 28 U.S.C. § 1404(a), so long as the parties are first given the opportunity to present their views on the issue." Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986) (citations omitted).  Because plaintiff is attempting to sue employees of Salinas Valley State Prison in Soledad, California, where plaintiff alleges the violations occurred, the undersigned ordered plaintiff to show cause why this case should not be transferred to the United States District Court for the Northern District of California.  ECF No. 4.  Plaintiff has now filed a motion that appears to seek to amend the complaint to add additional defendants.  ECF No. 5.  He also appears to challenge the court's finding that the California Department of Corrections and Rehabilitation (CDCR) is not a proper defendant in an action under § 1983.  ECF No. 5.

1

On the latter point, plaintiff argues that Eleventh Amendment immunity has been abrogated in part by the Americans with Disabilities Act (id. at 1), but there is no indication in either the complaint or the motion to amend that plaintiff is attempting to bring a claim under the ADA. The fact remains that the CDCR is not subject to suit under § 1983. See Howlett v. Rose, 496 U.S. 356, 365 (1990) (citing Will v. Mich. Dep't of State Police, 491 U.S. 58 (1989)). Even if plaintiff sought to add a claim against the CDCR which would be cognizable, however, that does not mean the case should remain in the Eastern District of California. Plaintiff's submission does not address the court's findings that all conduct that allegedly violated his rights occurred at Salinas Valley State Prison in Monterey County and that all individuals defendants appear to be located within the Northern District. See ECF No. 4 at 2. Plaintiff also expressed no objection to this court's finding that, as a result, this action is more appropriately brought in the United States District Court for the Northern District of California.

Absent objection from plaintiff and for the reasons set forth in the March 17, 2026 order to show cause (ECF No. 4), which is incorporated here by reference, this action will be transferred to the United States District Court for the Northern District of California. In light of the transfer, this court will not rule on plaintiff's application to proceed in forma pauperis or his motion to amend.

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California

DATED: April 24, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2